IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT SHAH, | ) | |
| | ) | Civil Action No. 04-259E |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Baxter |
| v. | ) | |
| | ) | |
| WALTER RHINEHART, Psy. D., | ) | |
| HERBERT BEAM, M.D., | ) | |
| JAMES L. FLETCHER, M.D., | ) | |
| DENNIS OLSON, M.D., | ) | |
| VIOLETTE GEZA, | ) | |
| STEVEN LABOZZI, | ) | |
| BONNIE SAYLOR, | ) | |
| JUDITH GLENN, and | ) | |
| CHARLES MONTGOMERY | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of Defendants' Motion for Additional Time to Waive Personal Service of Process, and any response thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED,** and Defendants Rhinehart, Beam, Fletcher, Olson, Geza, Saylor, Glenn and Montgomery are granted thirty (30) days, until August 8, 2005, to waive personal service of process.  It is further **ORDERED** that the Government is granted sixty (60) days, until September 8, 2005, to attempt to locate Defendant Steven LaBozzi and to attempt to secure his waiver of service of process.

BY THE COURT:

_____
The Honorable Susan Paradise Baxter