IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT SHAH,
                    Plaintiff,

        v.

WALTER RINEHART, et al.,
                    Defendants.

)
)
)
)
)
)
)
)

C.A. No. 04-259 ERIE

## O R D E R

AND NOW, this 13th day of September, 2005,

IT IS HEREBY ORDERED that the United States Marshal is directed to mail a copy of the complaint, notice of lawsuit and request for waiver of service of summons, and waiver and this order to Joyce Horikawa, Sr. Attorney at the U.S. Department of Justice, Federal Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 2nd & Chestnut Streets - 7th Floor, Philadelphia, PA 19106. Pursuant to the attachments to this Order, Attorney Horikawa has been designated as an agent in order to accept service on behalf of Defendant Saylor and Defendant LaBozzi. Costs shall be advanced by the United States.

IT IS FURTHER ORDERED that the United States Marshal is directed to mail a copy of the complaint, notice of lawsuit and request for waiver of service of summons, and waiver and this order to the U.S. Attorney's Office for the Western District of Pennsylvania.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:     United States Marshal

Shah v. Beam, et al.
Civil Action No. 04-259 (W.D.Pa. - Erie)

1.  I, Bonnie Saylor, hereby (designate/do not designate
(circle one) Joyce Horikawa, Sr. Attorney Advisor, Federal
Bureau of Prisons, Northeast Regional Office, as my agent
for acceptance of service for all service required in Robert
Shah v. Dr. Beam, et al., Civil Action No. 04-259 (WDPa-
Erie).


_____          _____
Bonnie Saylor                      Date    8 July 05

I, Steven Labozzi, hereby (designate)/do not designate (circle one) Joyce Horikawa, Sr. Attorney Advisor, Federal Bureau of Prisons, Northeast Regional Office, as my agent for acceptance of service for all service required in Robert Shah v. Dr. Beam, et al., Civil Action No. 04-259 (WDPa-Erie).

_Steven Labozzi_____
Steven Labozzi

_22 July 05_____
Date