## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**ROBERT SHAH,**            )
                            )
       **Plaintiff,**      )
                            )
                            )
       vs.                 )   **Civil Action No. 04-259 Erie**
                            )
                            )
**M.D. HERBERT BEAM, et al.,**  )
                            )
       **Defendants.**     )

### O R D E R

_____The papers in the above-captioned matter will not be processed any further for failure to comply with our Local Rules and/or practices. The papers are deficient in the following respects:

    __X__  Failure to file with Clerk of Courts: 17 South Park Row, Erie, PA 16501
    _____  Failure to pay the filing fee or failure to move for leave to proceed in forma pauperis
    _____  Failure to complete the in forma pauperis affidavit
    _____  Failure to submit complaint on proper 1983 forms, to be supplied by the Clerk
    _____  Failure to submit petition on proper 2254 forms, to be supplied by the Clerk
    _____  Failure to sign complaint or petition
    _____  Failure to file separate petition for each conviction, attacking more than one judgment
    _____  Failure to submit pleadings to the court on paper no larger than 8½ x 11 inches
    _____  Failure to include certificate of authorized officer on the institutional account statement
    _____  Discovery materials are no longer accepted by the Court for filing in accordance with Local Rule 5.3.
    _____  OTHER:

For the foregoing reasons, these papers are being returned to you and will not be processed any further. You may re-submit these documents but they must be submitted in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

You have ten days from today's date in which to resubmit these documents.

SO ORDERED this 22nd day of September, 2005.

1

        <u>s/ Sean J. McLaughlin</u>
        United States District Judge