September 17, 2005

Dear Honorable Judge Laughlin,

I write you asking for your help. My case is before your court. I did a lot of leg work myself. But I am not fooled. I'm asking your court for appointment of counselor. My case number is C.A. No 04-259 Erie.

I don't want to lose this case. What happened to me, has been going on in the Federal system for a lot of years, and is still going on. I have no money and need help. I am no longer with BoP. I've done everyday of a (20) year sentence. Since I am my own counselor now.

On March 17, 2003 a Psychological Summary was done on me, at McKean, PA. On page 5 of that. That summary was given to (3) people. I need your help in getting all attachments to that summary, and all the note worthy entries in that summary. They also have PDS data on me. I need your help me with my case.