IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT SHAW, ) | |
| ) | Civil Action No. 04-259E |
| Plaintiff, ) | |
| ) | Magistrate Judge Baxter |
| v. ) | |
| ) | |
| WALTER RHINEHART, Psy. D. ) | Electronically Filed |
| HERBERT BEAM, M.D. ) | |
| JAMES L. FLETCHER, M.D. ) | |
| DENNIS OLSON, M.D. ) | |
| VIOLETTE GEZA, ) | |
| STEVEN LOBOZZI, ) | |
| BONNIE SAYLOR, ) | |
| JUDITH GLENN, and ) | |
| CHARLES MONTGOMERY ) | |
| ) | |
| Defendants. ) | |

O R D E R

AND NOW, this _____ day of_____ 2005, upon consideration of Defendants' Motion to Seal, and any response thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that Exhibits A and B filed in support of Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment are hereby sealed until further Order of Court.

_____
Magistrate Judge Baxter