IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT SHAH, | ) |
|     Plaintiff, | ) Civil Action No. 04-259E |
| v. | ) Magistrate Judge Baxter |
| WALTER RHINEHART, Psy. D., | ) Electronically Filed |
| HERBERT BEAM, M.D., | ) |
| JAMES L. FLETCHER, M.D., | ) |
| DENNIS OLSON, M.D., | ) |
| VIOLETTE GEZA, | ) |
| STEVEN LABOZZI, | ) |
| BONNIE SAYLOR, | ) |
| JUDITH GLENN, and | ) |
| CHARLES MONTGOMERY | ) |
|     Defendants. | ) |

## **ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of Defendants' Motion for Summary Judgment, and any response thereto, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED,** and summary judgment is entered in favor of Defendants with regard to all claims.  This case is now **CLOSED**.

BY THE COURT:

_____
Magistrate Judge Baxter