IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT SHAH,                    )<br>                Plaintiff,    )<br>        v.                             )<br>                                       )<br>WALTER RINEHART, et al.,   )<br>                Defendants.  ) | C.A. No. 04-259 Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

**O R D E R**

AND NOW, this 22nd day of November, 2005;

IT IS HEREBY ORDERED that Defendants' motion to seal [Document # 37] is GRANTED. Defendants are hereby instructed to mail the sealed documents (Exhibits A and B) along with a copy of this Order to the **Erie Division** of the Clerk of Courts. The Clerk of Courts will maintain such documents under seal.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief United States Magistrate Judge