**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF: Robert Sloan | COURT CASE NUMBER: 1:04-CV-00259 |
| DEFENDANT: Violette Gesa | TYPE OF PROCESS: Medication [illegible] |

**SERVE AT:** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. ATTORNEY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Robert Sloan
22455 Carlysle
Dearborn, MI 48124

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | ✓ |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

She is the one who gave me the medication that wasn't tested [or softer?]

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Robert Sloan
TELEPHONE NUMBER: 313-274-8788
DATE: 12-30-05

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | 68 | 68 | [signature] | 1/10/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Nicole M. Nicholas receptionist

Address (complete only if different than shown above):
U.S. Attorney's Office, 4th fl
US Courthouse
Pittsburgh, PA

Date: 1-12-06  Time: 1315 pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | 0 | 0 | $45.00 | | |

**REMARKS:** For WHIO 1-10-06
Ms. Nicholas accepted this service for the U.S. Attorney Office.

---

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00