# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Robert Slack | 1:04-CV-00259 |
| DEFENDANT | TYPE OF PROCESS |
| M.D. Dennis Olson | Medical Records |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Attorney General
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

Robert Slack
22455 Carlysle
Dearborn, MI
48124

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 9 |
| Check for service on U.S.A. | ✓ |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE**

All 9 Defendant work in the Medical Department at Federal Correctional Institution McKean, Bradford, PA 16701

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 313-274-8788
DATE: 12-30-05

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Donna DanHippa
U.S. DOJ mail clerk

☑ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 2-7-06   Time: 11:15 ☑ am ☐ pm

Signature of U.S. Marshal or Deputy: 3655

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal (Amount of Refund) |
|---|---|---|---|---|---|
| 45.00 | 8 | | 53.00 | | 98.00 |

REMARKS: TDC 1-10-06

---

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Robert Shah            )
       vs.             )   Civil Action: 04-0259 Erie
U.S. Attorney General  )

### NOTICE OF INABILITY OF EFFECTUATE SERVICE

The Under signed Hereby certified that on 10/12/05, the Order and Complaint in the above captioned case. and the Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons were mailed to the above named defendant. No acknowledgment of service has been received, and more than 30 days has elapsed.

                                                        *Thomas M. Fitzgerald*
                                                        *United States Marshal*
                                                        *Western District of Pennsylvania*

*By: Sheila Blessing*
*Administrative Clerk*
*United States Marshals Service*
*Western District of Pennsylvania*
*December 7, 2005*

RECEIVED 2006 JAN 13 A 9:33 U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA

### ORDER

AND NOW, this_____day of _____ , 20___ , upon consideration of the foregoing Notice of Inability to Effectuate Service,

**IT IS ORDERED** that the Clerk of Court prepare duplicate Summons and Complaint,

**AND IT IS FURTHER ORDERED** that the United States Marshal make personal service of those documents upon the above named defendant.

s/Susan Paradise Baxter
Digitally signed by s/Susan Paradise Baxter
DN: CN = s/Susan Paradise Baxter, C = US
Date: 2005.12.09 08:46:34 -05'00'