IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT SHAH,

       Plaintiff,

v.

WALTER RHINEHART, et al.,

       Defendants.

Civil Action No. 04-259 Erie

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on September 13, 2004, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 53], filed on May 11, 2006, recommended that Defendants' motion to dismiss or, in the alternative, motion for summary judgment [Doc. No. 38] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 20th day of June, 2006;

IT IS HEREBY ORDERED that Defendants' motion to dismiss or, in the alternative, motion for summary judgment [Doc. No. 38] is GRANTED.

The Report and Recommendation [Doc. No. 53] of Magistrate Judge Baxter, filed on May 11, 2006, is adopted as the opinion of the Court.

                                 s/ Sean J. McLaughlin
                                      United States District Judge

cm:   All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge